THE STATE *v.* SHANNON.

ERROR to the *Jefferson* Circuit Court.

*Per Curiam.*—This case is like the preceding case of *The State* v. *Shaw;* and, for the reasons there stated, the judgment is reversed with costs, and the cause remanded, &c.

*J. W. Chapman,* for the state.

*J. G. Marshall,* for the defendant.